JS-6

1  DOUGLAS A. WICKHAM, Bar No. 127268
   LITTLER MENDELSON, P.C.
2  633 West Fifth Street, 63rd Floor
   Los Angeles, CA  90071
3  Telephone:  213.443.4300
   Facsimile:  213.443.4299
4  Email:     dwickham@littler.com

5  MAGGY M. ATHANASIOUS, Bar No. 252137
   LITTLER MENDELSON, P.C.
6  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
7  Telephone:  310.553.0308
   Facsimile:  310.553.5583
8  Email:     mathanasious@littler.com

9  Attorneys for Defendant
   MV PUBLIC TRANSPORTATION, INC.

10

                UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12

13 | SAMUEL MORGAN, SAMIYA MORGAN,          | Case No.  CV12-8387 GAF (SSx)
14 |                                         |
   |              Plaintiffs,                | **ORDER DISMISSING ACTION WITH PREJUDICE**
15 |                                         |
   |         v.                              | **[FED.R.CIV.PROC. 41(a)]**
16 |                                         |
   | MV PUBLIC TRANSPORTATION,               |
17 | INC., a corporation; and DOES 1 TO      |
   | 100, Inclusive,                         |
18 |                                         | Complaint Filed: August 13, 2012
   |                                         | (Los Angeles County Superior Court)
19 |              Defendant.                 |

20

21

22

23

24

25

26

27

28

After reviewing the Parties' Stipulation Re Order Dismissing Action With Prejudice, IT IS **HEREBY ORDERED, ADJUDGE AND DECREED** THAT this action and each claim for relief therein is hereby **DISMISSED WITH PREJUDICE**. Each party shall bears his, her and its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**SO ORDERED.**

Dated: January 29, 2014

_____
HON. R. GARY A. FEESS
U.S. DISTRICT COURT JUDGE

**JS-6**